UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>RICHARD JOHN NOVAK,<br><br>        Defendants. | No. CR-05-180-LRS-3<br><br>ORDER GRANTING UNOPPOSED<br>MOTION TO AMEND |

BEFORE THE COURT is Defendant's unopposed Motion to Amend Conditions of Release (Ct. Rec. 195).

**IT IS ORDERED** the unopposed Motion **(Ct. Recs. 195)** is **GRANTED.** Defendant's conditions of release are **MODIFIED** as follows:

1. The Defendant shall be allowed to travel outside the state of Arizona for work related purposes, with prior notice to the Pretrial Services Office in the District of Arizona.

2. The Defendant shall abide by all other conditions in the court's order filed November 14, 2005.

DATED July 25, 2006.

                        S/ CYNTHIA IMBROGNO
                     UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING UNOPPOSED MOTION TO AMEND - 1